IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.     No. 4:12-CR-00101 BRW

JEREMY LAWRENCE CLINGMON

## FINAL ORDER OF FORFEITURE

Before the Court is the United States' motion for final order of forfeiture (Dkt. 28). On January 14, 2013, this Court entered an Amended Preliminary Order of Forfeiture (Dkt. 26), which ordered Clingmon to forfeit his interest in all ammunition involved in the commission of the offense (collectively "property subject to forfeiture").

The Court's Preliminary Order provided that it would become final as to Clingmon at the time of sentencing and that it would become a final order of forfeiture if no third party filed a timely claim to the property subject to forfeiture. The Court has sentenced Clingmon, and no one has filed a claim to the property subject to forfeiture. The preliminary order of forfeiture, therefore, ripens into a final order of forfeiture. The United States' motion is GRANTED.

It is so Ordered this 19th day of February, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

1